# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JEANNE WOODFORD, et al.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. **1:08-cv-00369 JLT (PC)**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, GEORGE E. JACOBS, IV, CDCR #J-48666**<br><br>DATE:  February 6, 2013<br>TIME:   8:30 a.m. |

**George E. Jacobs, IV, inmate # J-48666**, is a necessary and material witness in the trial in this case and is confined at California State Prison, Corcoran, 4001 King Avenue, Corcoran, California, 92312, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston at Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **February 6, 2013, at 8:30 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day-to-day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Connie Gipson, California State Prison, Corcoran PO Box 8800, Corcoran, CA 92112-8309**

　　　　**WE COMMAND** you to produce the inmate named above to appear to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

　Dated:  **December 11, 2012**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE