IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV, | Case No. 1:08-cv-00369 JLT (PC) |
| Plaintiff, | ORDER DENYING REQUEST FOR THE COURT TO PROVIDE PLAINTIFF THE NINTH CIRCUIT JURY INSTRUCTIONS |
| v. | |
| JEANNE WOODFORD, et al., | (Doc. 82) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for the Court to provide him a copy of the Ninth Circuit Model Jury Instructions. (Doc. 82)  In support of this motion, Plaintiff asserts that he does not have access to the model instructions.  However, despite this, the Court has neither the financial resources nor the obligation to provide copies of this two-volume set.

Notably, the Court <u>excused</u> Plaintiff from the obligation to provide proposed jury instructions and allowed that he <u>could</u> file them only if he wished.  (Doc. 68 at 13)  Thus, the failure of the institution to maintain these model instructions does not impact Plaintiff's access to the Court.  In any event, Plaintiff will be permitted to rely upon the CACI Jury Instructions— which his institution *does* maintain--if he wishes to file proposed instruction.

1

**ORDER**

Based upon the foregoing, Plaintiff's request that the Court provide him copies of the Ninth Circuit Model Jury Instructions is **DENIED**.

IT IS SO ORDERED.

Dated:   **January 2, 2013**                              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE