UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
George E. Jacobs IV,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-00396 JLT PC

Jeanne Woodford, et. al.,

          Defendant.
_____/
```

Judgment is entered in this action in favor of Plaintiff George E. Jacobs IV and against Defendant J.M. Martinez for damages in the total amount of $1.00, according to the verdicts of trial jury returned in open Court February 7, 2013.

DATED: February 8, 2013                    VICTORIA C. MINOR, Clerk


                                                /s/ WENDY KUSAMURA____
                                           By:  Wendy Kusamura,
                                                Deputy Clerk