# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

```
George E. Jacobs IV,

            Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-00396 JLT PC

Jeanne Woodford, et. al.,

            Defendant.
_____/
```

Judgment is entered in this action in favor of Defendant's B. David and J. Maciel and against Plaintiff George E. Jacobs IV, according to the verdicts of trial jury returned in open Court February 7, 2013.


DATED: February 8, 2013                    VICTORIA C. MINOR, Clerk


                                               /s/ WENDY KUSAMURA____
                                           By: Wendy Kusamura,
                                               Deputy Clerk