FILED
FEB - 7 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:08-cv-0369-JLT PC |
| Plaintiff, | NOTICE AND ORDER THAT KEVIN FIELDS #P-83425, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| JEANNE WOODFORD, et.al. | |
| Defendants. | |

Jury trial in this matter commenced on February 6, 2013. Inmate witness **Kevin Fields, P-83425**, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 2/7/13

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

1