FILED

FEB 07 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE E. JACOBS IV,

        Plaintiff,

  v.

JEANNE WOODFORD, ET. AL.

        Defendants.

_____/

CASE NO. 1:08-cv-00369-JLT PC

NOTICE AND ORDER THAT GEORGE E.
JACOBS #J-48666, IS NO LONGER NEEDED
IN THESE PROCEEDINGS,

Jury trial in this matter commenced on February 6, 2013.  Inmate **George e. Jacobs IV,**
**#J-48666,** is no longer needed by the Court these proceedings.  Accordingly, the writ of habeas
corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  2/7/13

JENNIFER L. THURSTON
UNITED STATES MAGISTRATE  JUDGE

1