**FILED**

FEB 0 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | CASE NO. 1:08-cv-00369-JLT PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 7, 2013, AT 8:00 A.M. |
| v. | |
| JEANNE WOODFORD, et. al., | |
| Defendants, | |

Plaintiff George E. Jacobs, IV # J-48666, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, February 7, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 2/6/13

Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1