UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE WOODFORD, et al.,<br><br>    Defendants. | Case No.: 1:08-cv-00369 - JLT<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RETURN OF DOCUMENTS<br><br>(Doc. 116) |

Before the Court is Plaintiff's motion for return of documents he provided the Court for review during the trial. (Doc. 116) Plaintiff now inquires whether the Court retained any of these documents because he is unable to find them in his personal set. Id. Though, ordinarily, the Court would grant this type of motion, in this instance, the Court did not retain any of the documents proffered by Plaintiff. Instead, the Court returned all of the pages immediately after viewing them. Thus, the Court has no option but to order Plaintiff's motion to be **DENIED.**

IT IS SO ORDERED.

Dated:   **February 15, 2013**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

1